# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ESTATE OF HARRIET BALL, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-3021 |
| | § | |
| DEUTSCHE BANK NATIONAL TRUST | § | |
| COMPANY, as Trustee for GSAMP Trust | § | |
| 2005-NC1, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER SETTING HEARING ON MOTION
## FOR WITHDRAWAL OF COUNSEL

The Motion for Withdrawal of Counsel by Jimmie L.J. Brown, Jr. is set for hearing on **April 28, 2014**, at 8:30 a.m. in Courtroom 11-B. Mr. Brown and Ms. Franks must both be present, as well as counsel for the defendants.

SIGNED on April 14, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge