IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ESTATE OF HARRIET BALL, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-3021 |
| | § | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for GSAMP Trust 2005-NC1, *et al.*, | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum and Opinion of even date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on April 10, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge